IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN VIGIL,

       Plaintiff,

vs.                                                      No. 18-CV-00829 SCY/KBM

FRANCIS TWEED,
ANTONIO COCA,
JOE CHAVEZ,
NEW MEXICO DEPARTMENT OF HEALTH,
a political subdivision of the New Mexico Department of Health,
DEPUTY SEAN ARMIJO, in his individual capacity
as a deputy employed by the San Miguel County Sheriff's Office,
UNDERSHERIFF ANTHONY MADRID, in his individual capacity
as a deputy employed by the San Miguel County Sheriff's Office,
DEPUTY ANTOINE WHITFIELD, in his individual capacity
as a deputy employed by the San Miguel County Sheriff's Office,
and the BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF SAN MIGUEL

       Defendants.

**NOTICE OF AGREED EXTENSION OF TIME TO ANSWER MOTION TO DISMISS**

Plaintiff John Vigil, by and through counsel Joe M. Romero, Jr., Romero & Winder, PC, notifies the Court that counsel for Defendant's Tweed, Dominguez, Coca, Chavez, and New Mexico Department of Health has agreed to allow an extension of time until Monday, November 5, 2018 for Plaintiff Vigil to answer the pending Motion to Dismiss (Doc. 16).

                                                     Respectfully Submitted,

                                                       Joe M. Romero, Jr.
                                                       Romero & Winder, PC
                                                       Attorney for Defendant
                                                       1905 Lomas Blvd NW
                                                       Albuquerque, NM  87104
                                                       (505) 843-9776
                                                       (505) 212-0273 (Facsimile)
                                                      joe@romeroandwinder.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of October, 2018, I filed the foregoing electronically through the CM/ECF system, and emailed the same to the following:

Mark Komer, Esq.
Long, Komer & Associates, P.A.
Post Office Box 5098
Santa Fe, NM 87502-5098
505-982-8405
mark@longkomer.com
*Attorneys for New Mexico Department*
*Of Health Defendants*


Christina L.G. Brennan
128 East DeVargas
Santa Fe, New Mexico 87501
(505) 995-8514
christina@brennsull.com
*Attorney for San Miguel County*
*Defendants*

By:   <i>/s/ Joe M. Romero, Jr.</i><br>Joe M. Romero, Jr.