IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN VIGIL,

    Plaintiff,

v.                                                Case No. 18-CV-00829

FRANCES TWEED, et al.,

    Defendants.

### Notice of Completion of Briefing – Defendants' Motion to Dismiss [Doc. 16]

        COME NOW the Defendants Frances Tweed, Antonio Coca, Joe Chavez and the New Mexico Department of Health, by and through their attorneys, Long, Komer & Associates, P.A. and hereby give the Court notice, pursuant to Rule 7.4 of the Local Rules of Civil Procedure, that **Defendants' Motion to Dismiss** [Doc. 16, filed 10/12/18] has been fully briefed and is ready for decision. The following pleadings have been filed which are related to the said motion:

    1.    Motion to Dismiss, [Doc. 16, filed 10/12/18];

    2.    Plaintiff's Response In Opposition to Defendants' Motion to Dismiss, [Doc. 23, filed 11/05/18]; and

    3.    Defendants' Reply in Support of Motion to Dismiss [Doc. 26, filed 12/05/18].

Respectfully submitted,

**LONG, KOMER & ASSOCIATES, P.A.**
*Attorneys for Defendants Tweed, Coca, Chavez and New Mexico Department of Health*

*/s/ Mark E. Komer*
MARK E. KOMER
P. O. Box 5098
Santa Fe, NM  87502-5098
505-982-8405
mark@longkomer.com
email@longkomer.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th day of December 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Joe M. Romero, Jr.
joe@romeroandwinder.com

*Attorneys for Plaintiffs*

Christina L.G. Brennan
James P. Sullivan
christina@brennsull.com
jamie@brennsull.com

*Attorneys for County Defendants*

By: *s/ Mark E. Komer*
Mark E. Komer