

# New Mexico State Personnel Board
## State Personnel Office

**Michelle Lujan Grisham**
Governor

**Pamela D. Coleman**
Director

**State Personnel Board**
Christine B. Romero, Chair
Jerry Manzagol, Vice Chair
Carmen V. Chavez, Member

<u>Via Email & Certified Mail</u>
Return Receipt Requested
**March 22, 2019**

Joe M. Romero, Jr
Romero & Winder, P.C.
1905 Lomas Blvd. NW
Albuquerque, New Mexico 87104
joe@romeroandwinder.com
Certified Mail#7018 1130 0000 8504 3072

Jesse Tremaine, Assistant General Counsel
New Mexico Department of Health
Office of General Counsel
P.O. Box 26110
Santa Fe, New Mexico 87502-6110
Jesse.Tremaine@state.nm.us
Certified Mail#7018 1130 0000 8504 3089

Re:   *John P. Vigil v. New Mexico Department of Health*; Docket 15-079

Dear Mr. Romero and Mr. Tremaine:

Enclosed is a copy of the *Final Decision* rendered by the State Personnel Board in the above-referenced matter filed March 22, 2019.

Please note the 30-day statutory timeframe in which to appeal to District Court. In the event of an appeal, a record proper will only be prepared if the Adjudication Division is provided with an <u>endorsed copy</u> of the Notice of Appeal.

Sincerely,

Annette Lopez
Paralegal and Legal Assistant
Phone: 505-476-7813
Email: Annette.Lopez2@state.nm.us

---

1209 Camino Carlos Rey, Santa Fe, New Mexico, 87507 (505) 476-7759

Exhibit 2

BEFORE THE PERSONNEL BOARD
STATE OF NEW MEXICO

IN THE MATTER OF
JOHN P. VIGIL,

   Appellant,

v.                Docket No. 15-079

NEW MEXICO DEPARTMENT
OF HEALTH,

   Appellee.

FILED
MAR 22 2019
NM STATE PERSONNEL BOARD

| | |
|---|---|
| Joe M. Romero, Jr.<br>Romero & Winder, P.C.<br>1905 Lomas Blvd. NW<br>Albuquerque, New Mexico 87104 | Attorney for Appellant |
| Jesse Tremaine, Assistant General Counsel<br>Office of the General Counsel<br>New Mexico Department of Health<br>P.O. Box 26110<br>Santa Fe, NM 87502-6110 | Attorney for Appellee |

## FINAL DECISION

THIS MATTER came before the Personnel Board of the State of New Mexico on March 22, 2019, upon Appellant John P. Vigil's November 19, 2015 notice of appeal of his dismissal from Appellee New Mexico Department of Health ("Department"). After consideration of the Administrative Law Judge's summary of the evidence, proposed findings of fact, proposed conclusions of law, recommended decision, and the parties' exceptions to the recommended decision, if any, the Personnel Board enters the following decision:

1

1. The Personnel Board adopts and incorporates herein the Administrative Law Judge's proposed findings of fact.

2. Having analyzed the relevant law and/or policies in light of the adopted findings of fact, the Personnel Board agrees with, adopts and incorporates herein the Administrative Law Judge's proposed conclusions of law.

3. The Personnel Board overturns the dismissal of Appellant John P. Vigil and instead directs the Department to impose the sanction of a 30-day suspension upon him.

4. Appellant John P. Vigil shall provide a sworn statement of gross earnings to the Department for purposes of determining appropriate back pay and benefits.

5. The Administrative Law Judge retains jurisdiction to resolve any dispute concerning back pay.

## APPEAL

Any appeal of this Decision must be made to the appropriate District Court within thirty (30) days of this decision being filed, as provided by NMSA 1978, § 39-3-1.1(C) (2001). The Adjudication Division will prepare a record proper for District Court, but ONLY upon notification (receipt of a notice of appeal with appropriate District Court stamped endorsement) from the appealing party that an appeal has been timely filed.

Entered: March 22, 2019

PAMELA D. COLEMAN
Secretary to the Board

2