IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

John Vigil,

      Plaintiff,

    v.                                                                                  Civ. No. 18-829 SCY/KBM

Frances Tweed, et al.

      Defendants.

## ORDER FOR PLAINTIFF TO FILE
## LOCAL RULE 7.4 NOTICE

    This matter comes before the Court sua sponte. Plaintiff John Vigil filed a Motion For Leave To File Second Amended Complaint For Violation Of Civil Rights And Tort Claims on July 8, 2019. Doc. 31. One set of Defendants filed a response in opposition on July 23, 2019. Doc. 33. The remaining Defendants filed a response in opposition on July 29, 2019. Doc. 34. Absent agreement to an extension, the time for Plaintiff to file his reply to either has expired. D.N.M.LR-Civ. 7.4(a).

    Before close of business on Tuesday, August 20, 2019, Plaintiff shall file either a Local Rule 7.4(a) notice that all parties have agreed to an extension and identifying the new deadline, a motion for additional time to file his reply, or a Local Rule 7.4(e) notice that briefing is complete.

                                                          STEVEN C. YARBROUGH
                                                          UNITED STATES MAGISTRATE JUDGE
                                                          Presiding by consent