IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JOHN VIGIL,**

    **Plaintiff,**

    **v.**                                                              **CIV. NO. 18-829 SCY/KBM**

**FRANCES TWEED, ET AL.,**

    **Defendants.**

## ORDER FOR PARTIES TO FILE LOCAL RULE 7.4 NOTICES

    This matter comes before the Court sua sponte. The County Defendants filed a Motion to Dismiss on December 2, 2019. Doc. 49. Plaintiff filed a late response on December 18, 2019. Doc. 51. Absent agreement for an extension, the time for the County Defendants to file a reply has expired. D.N.M.LR-Civ. 7.4(a). Before close of business on Friday, January 10, 2020, the County Defendants shall file either a Local Rule 7.4(a) notice that all parties have agreed to an extension and identifying the new deadline, a motion for additional time to file a reply, or a Local Rule 7.4(e) notice that briefing is complete.

    Additionally, the State Defendants filed a Motion for Judgment on the Pleadings on December 6, 2019. Plaintiff has not filed a response and, absent an extension agreement, his time to do has expired. D.N.M.LR-Civ. 7.4(a). The State Defendants have not filed a notice of completion of briefing. D.N.M.LR-Civ. 7.4(e). Before close of business on Friday, January 10, 2020, Plaintiff shall file either a Local Rule 7.4(a) notice that all parties have agreed to an extension and identifying the new deadline, a motion for additional time to file his response, or a notice that he does not intend to respond to the Motion.

    This is not the first time the Court has ordered Plaintiff to file a Local Rule 7.4 notice

after failing to the notify the Court of an extension. Doc. 35. The Court again reminds the parties of their duties under Local Rule 7.4. *See* D.N.M.LR-Civ. 7.4(a) ("For each agreed extension, the party requesting the extension must file a notice identifying the new deadline and the document (response or reply) to be filed."); D.N.M.LR-Civ. 7.4(e) ("Upon completion of briefing, the movant must file a notice certifying that the motion is ready for decision and identifying the motion and all related filings by date of filing and docket number.").

    **IT IS SO ORDERED.**

_____
STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE
Presiding by consent