IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN VIGIL,

      Plaintiff,

vs.                                                    Cause No. 18-CV-00829 SCY/JFR

FRANCIS TWEED,
ANTONIO COCA,
JOE CHAVEZ,
NEW MEXICO DEPARTMENT OF HEALTH,
a political subdivision of the New Mexico Department of Health,
DEPUTY SEAN ARMIJO, in his individual capacity
as a deputy employed by the San Miguel County Sheriff's Office,
UNDERSHERIFF ANTHONY MADRID, in his individual capacity
as a deputy employed by the San Miguel County Sheriff's Office,
DEPUTY ANTOINE WHITFIELD, in his individual capacity
as a deputy employed by the San Miguel County Sheriff's Office,
and the BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF SAN MIGUEL

      Defendants.

## LOCAL RULE 7.4 NOTICE OF AGREED EXTENSION TO REPLY

**COME NOW** Defendants, Sean Armijo, Anthony Madrid, Antoine Whitfield, and the Board of County Commissioners of the County of San Miguel ("County Defendants"), by and through their attorneys of record, Brennan & Sullivan, P.A., pursuant to Local Rule 7.4(a), hereby notify the court and counsel that Plaintiff's counsel has agreed to allow an extension of time, until Thursday, January 16, 2020, for County Defendants to file a Reply to their Motion to Dismiss [Doc. 49]. Counsel for County Defendants apologizes to the Court for any inconvenience.

Respectfully submitted,

BRENNAN & SULLIVAN, P.A.

By: */s/ Christina L. G. Brennan*
Christina L. G. Brennan
James P. Sullivan
128 East DeVargas
Santa Fe, New Mexico 87501
(505) 995-8514
*Attorneys for Defendants Undersheriff Anthony Madrid, Deputy Antoine Whitfield, and the Board of County Commissioners for the County of San Miguel*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 8th day of January 2020, I filed the foregoing electronically through the CM/ECF system, and emailed the same to the following:

Joe M. Romero, Jr.
Romero & Winder, P.C.
1905 Lomas, Blvd., NW
Albuquerque, NM  87104
505-843-9776
joe@romeroandwinder.com
*Attorneys for Plaintiff*

Mark Komer, Esq.
Long, Komer & Associates, P.A.
Post Office Box 5098
Santa Fe, NM  87502-5098
505-982-8405
mark@longkomer.com
*Attorneys for Defendants Frances Tweed, Corrine Dominguez, Antonio Coca, Joe Chavez, and New Mexico Department of Health*

By: */s/ Christina L. G. Brennan*
Christina L. G. Brennan