U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

JOHN VIGIL,

    Plaintiff,

v.                                       Case No. 1:18-CV-00829-SCY-JFR

FRANCES TWEED, et al.,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June 2020, I served by email the State Defendants' Initial Disclosures, including documents with Bates labels State Defendants 1 through 1481 to the following counsel of record:

Joe M. Romero, Jr.
joe@romeroandwinder.com

*Attorneys for Plaintiff*

Christina L.G. Brennan
James P. Sullivan
christina@brennsull.com
jamie@brennsull.com

*Attorneys for County Defendants*

I FURTHER CERTIFY that I filed this **Certificate of Service** as more fully reflected on the Notice of Electronic Filing.

LONG, KOMER & ASSOCIATES, P. A.

*Attorneys for Defendants Tweed, Coca, Chavez, Dominguez and New Mexico Behavioral Health Institute*


*s/ Mark E. Komer*
MARK E. KOMER
2200 Brothers Road
P. O. Box 5098
Santa Fe, NM  87502-5098
505-982-8405
505-982-8513 (FAX)
mark@longkomer.com
email@longkomer.com