IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN VIGIL,

    Plaintiff,

v.                                       Case No. 1:18-CV-00829-SCY-JFR

FRANCES TWEED, et al.,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2020, State Defendants' First Set of Interrogatories and Requests for Production of Documents to Plaintiff were served by email along with a copy of this Certificate of Service, to:

Joe M. Romero, Jr.
joe@romeroandwinder.com

*Attorneys for Plaintiff*

Christina L.G. Brennan
James P. Sullivan
christina@brennsull.com
jamie@brennsull.com

*Attorneys for County Defendants*

                                        LONG, KOMER & ASSOCIATES, P.A.

                                        *Attorneys for State Defendants*

                                        /s/ Mark E. Komer
                                        MARK E. KOMER
                                        2200 Brothers Road/P. O. Box 5098
                                        Santa Fe, NM 87502-5098
                                        505-982-8405
                                        mark@longkomer.com
                                        email@longpoundkomer.com