IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN VIGIL,
          **Plaintiff,**

v.                                        Case No. 1:18-CV-00829-SCY-JFR

**FRANCES TWEED,** *et al.*,

          **Defendants.**

## NOTICE OF APPEAL

Plaintiff, through counsel, ROMERO & WINDER, P.C. (Joe M. Romero, Jr. ), hereby gives notice of his intent to appeal the Partial Final Judgment, which he has requested [Doc. # 74], following the Court's entry of its Memorandum Opinion and Order [Doc. #66], which was entered on June 16, 2020, in the above-referenced case, to the United States Court of Appeals for the Tenth Circuit. Pursuant to the terms of Fed.R.Civ.P.54(b) this Notice of Appeal shall be considered to have been filed on the day that a Partial Final Judgment, which will permit the Appeal, is entered.

                                                  Respectfully submitted,
                                                  ROMERO & WINDER, P.C.

                                                  "**Electronically Filed**"
                      By:   /s/ Joe M. Romero. Jr.
                                                  Attorney for Plaintiff
                                                  1905 Lomas Blvd. NW
                                                  Albuquerque, NM 87104
                                                  (505) 843-9776
                                                  joe@romeroandwinder.com

I certify that a true and correct copy of the foregoing Motion was served to all counsel of record via the Court's CM/ECF electronic document filing and delivery service on the date indicates in the header affixed hereto by the Court.

       "**Electronically Filed**"
By:    /s/ Joe M. Romero. Jr.