FOURTH JUDICIAL DISTRICT COURT
COUNTY OF SAN MIGUEL
STATE OF NEW MEXICO

NO. D412CR 2015-208

JUDGE: Matthew J. Sandoval

2015 NOV -6 AM 10: 17

STATE OF NEW MEXICO,

                Plaintiff,

vs.

JOHN PAUL VIGIL,
Address: ███████████████
         Las Vegas, NM 87701
DOB: ███████
SS#: ███████
Magistrate Court No.: M-48-FR-201500145
                Defendant,

**Crimes:** Possession of a Controlled Substance (Felony - Narcotic Drug)**(DA Charge Code 5614),** Possession of a Controlled Substance**(DA Charge Code 5801)** & Dangerous drugs, conditions for sale - sell, dispose of or possess dangerous drugs**(DA Charge Code 0399)**

## CRIMINAL INFORMATION

**COMES NOW** the Fourth Judicial District Attorney, of San Miguel County, State of New Mexico, by and through its Deputy District Attorney, James Grayson, and accuses the above-named Defendant of the crimes of:

### Count 1:

**Possession of a Controlled Substance (Felony - Narcotic Drug)**, on or about June 26, 2015, in San Miguel County, New Mexico, the above-named defendant did intentionally have in his possession (Hydrocodone), a narcotic drug which is a Schedule I or II controlled substance, the possession of which is regulated or prohibited by law, a fourth degree felony, contrary to Section 30-31-23(E), NMSA 1978.

### Count 2:
**Dangerous drugs, conditions for sale - sell, dispose of or possess dangerous drugs**, on or about June 5, 2015, in San Miguel County, New Mexico, the above-named defendant did sell, dispose of or possess dangerous drugs (Risperidone), a fourth degree


EXHIBIT C

SMC 000001

felony, contrary to Section 26-01-26(A), NMSA 1978.

### Count 3:

**Possession of a Controlled Substance**, on or about June 5, 2015, in San Miguel County, New Mexico, the above-named defendant did intentionally have in his possession (Lorazapam/Ativan), which is a controlled substance or a controlled substance analog of a substance enumerated in Schedule I, II, III, or IV, a misdemeanor, contrary to Section 30-31-23(A), NMSA 1978.

The names of the witnesses upon whose testimony this Information is based are as follows:

Undersheriff Anthony Madrid, Deputy Sean Armijo & Frances Tweed.

RESPECTFULLY SUBMITTED,

RICHARD D. FLORES
DISTRICT ATTORNEY

By: _____
James Grayson
Deputy District Attorney
1800 New Mexico Avenue
Las Vegas, NM 87701
505-425-6746

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was sent via electronic disclosure/mailed/hand-delivered/placed in the bin of Paul J. Kennedy, on this __5TH__ day of November, 2015.

_____

DA Case No. 2015-S0656-46