IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JOHN VIGIL,**

    **Plaintiff,**

    **vs.**                                                                             Civ. No. 18-829 SCY/JFR

**FRANCIS TWEED, ANTONIO COCA,**
**JOE CHAVEZ, NEW MEXICO DEPARTMENT**
**OF HEALTH, a political subdivision of the**
New Mexico Department of Health, **DEPUTY**
**SEAN ARMIJO, in his individual capacity**
as a deputy employed by the San Miguel County
Sheriff's Office, **UNDERSHERIFF ANTHONY**
**MADRID, in his individual capacity as a deputy**
employed by the San Miguel County Sheriff's Office,
**DEPUTY ANTOINE WHITFIELD, in his individual capacity**
as a deputy employed by the San Miguel County Sheriff's Office,
and the **BOARD OF COUNTY COMMISSIONERS**
**OF THE COUNTY OF SAN MIGUEL,**

    **Defendants.**

### ORDER GRANTING COUNTY DEFENDANTS' UNOPPOSED MOTION TO VACATE CASE MANAGEMENT DEADLINES

**THIS MATTER** having come before the Court on County Defendants' Unopposed Motion to Vacate Case Management Deadlines [Doc.100], the Court, having reviewed the motion and finding the motion well taken and unopposed by the other parties, hereby grants the motion.

**IT IS THERFORE ORDERED** that the deadlines set forth in the Court's Order Amending Case Management Deadlines [Doc. 72] are hereby vacated and will be reset following a ruling on County Defendants' pending Motion for Qualified Immunity [Doc. 87] and pending Motion to Stay [Doc. 88].

.

_____
**JOHN F. ROBBENHAAR**
**United States Magistrate Judge**

Respectfully submitted,

BRENNAN & SULLIVAN, P.A.

By:  */s/ Christina L. G. Brennan*
     Christina L. G. Brennan
     James P. Sullivan
     128 East DeVargas
     Santa Fe, New Mexico 87501
     (505) 995-8514
     Christina@brennsull.com
     Jamie@brennsull.com
     *Attorneys for Defendants, Deputy Sean Armijo,*
     *Undersheriff Anthony Madrid, Deputy Antoine Whitfield,*
     *and the Board of County Commissioners for*
     *the County of San Miguel*

APPROVED:

ROMERO & WINDER, P.C.

By:  *Approved via email 1/4/2021*
     Joe M. Romero, Jr.
     1905 Lomas, Blvd., NW
     Albuquerque, NM  87104
     505-843-9776
     joe@romeroandwinder.com
     *Attorneys for Plaintiff*

LONG, KOMER & ASSOCIATES, P.A.

By:  *Approved via email 1/5/2021*
     Mark Komer, Esq.
     Post Office Box 5098
     Santa Fe, NM  87502-5098
     505-982-8405
     mark@longkomer.com
     *Attorneys for Defendants Frances Tweed,*
     *Corrine Dominguez, Antonio Coca, Joe Chavez,*
     *and New Mexico Department of Health*