# JOB DESCRIPTION

JOB TITLE: Psych Tech - Advanced
PERM #:
CLASSIFICATION:

PURPOSE: Responsible for assisting and instructing subordinates on basic living skill development for the clients, schedule for shopping, activities, cleaning and cooking. Complete Employee Evaluations for subordinates; assess competencies for all subordinates. Review individual records to ensure daily progress reports and weekly summaries are completed. Inform Medical Records when charts are in need of purging. Sign for payouts weekly or as needed.

**MAJOR RESPONSIBILITIES AND JOB DUTIES:**

1. Ensure adequate coverage for shifts in coordination with other supervisors and Nursing office-monthly and complete supervisory assignments in accordance with DOH/Facility Policy and Procedures. Complete schedules within 2 days from receipt from the Nursing Office.
2. Ensure that all 3-11 staff have met mandatory requirements yearly.
3. In reference to DOH Policy 08/37 and SPO Rule 1.7.9.9 NMAC, complete MEP for 3-11 staff.
4. Initiate disciplinary action as needed for subordinate staff.
5. Updates and ensure that all employees Krono's are kept up to date in accordance with facility protocol.
6. Approve/disapprove leave requests in accordance with facility protocol.
7. Guide and direct staff to provide the highest quality of care to clients in residential services, ensuring safety and Residential Service to clients at all times.
8. Make assignments to staff regarding the monitoring of each client's sleep patterns, behaviors and ADL's documenting observations prior to the end of each shift for all clients.
9. Review individual records weekly to ensure daily progress reports are completed initialing and dating each review.
10. Intervene in crisis situations using CPI techniques as needed.
11. Gift shift report to incoming shift daily.
12. Ensure staff on both units completes all duties prior to the end of each shift.
13. Ensure that Incident Reports are completed and reported to direct supervisor daily.
14. Notify CBS Medical Records Department regarding the need to purge charts and the need to pick up medical records information for transport to CBS Medical Records Department.
15. Route copies of staff schedules to immediate supervisor and CBS Director of Nursing.

16. Route copies of van usage to CBS Director of Nursing and immediate supervisor weekly.
17. Performs other related duties as assigned.

**EDUCATION/EXPERIENCE:** High School graduation or GED.
**WORKING CONDITIONS:**

Two (2) years of paid direct patient care or Correctional Officer experience and must have One (1) year supervisor experience. One (1) year of formal education n a Psychosocial Technician Program may substitute for one (1) year of experience; fifteen (15) semester hours of college education or behavioral science may substitute for one year of experience, certification as a correctional officer will substitute for six (6) months of experience.

**PHYSICAL REQUIREMENTS:** Amount of time in an 8-hour day

| | |
|---|---|
| NONE | 0 Hours |
| Up to 1/3 | up to 2 hours |
| 1/3 to 2/3 | up to 5 hours |
| 2/3 and more | More than 5 hours and up to 8 hours |
| | |
| Standing | up to 1/3 |
| Walking | up to 1/3 |
| Sitting | up to 2/3 |
| | |
| Lifting (weights range from1lb. to 45 lbs.) | up to 1/3 |
| Lifting trash bags (range from 10 lbs to 15 lbs.) | up to 1/3 |
| Carrying (weights range from 1 lb to 40 lbs) | up to 1/3 |
| Pushing and pulling (up to 350 lbs) | none |
| | |
| Bending | 1/3 to 2/3 |
| Reaching | 1/3 to 2/3 |
| Observe | 2/3 and more |
| | |
| Weight up to 10 pounds | |
| Lift | up to 1/3 |
| Push/pull | up to 1/3 |
| Carry | up to 1/3 |
| | |
| Weight up to 25 pounds | |
| Lift | up to 1/3 |
| Push/pull | up to 1/3 |
| Position | up to 1/3 |
| Carry | up to 1/3 |

| | |
|---|---|
| Weight up to 50 pounds | |
| Lift | up to 1/3 |
| Carry | up to 1/3 |
| | |
| Weight up to 100 pounds | |
| (assisted) lift | up to 1/3 |
| (assisted) carry | up to 1/3 |
| | |
| Weight up to 100 pounds | |
| (assisted) lift | up to 1/3 |
| (assisted) carry | up to 1/3 |
| | |
| Weight no more than 100 pounds | |
| Lift (assisted) | up to 1/3 |
| Carry (assisted) | up to 1/3 |

VISION CONDITIONS

The following conditions apply to this position;

Close vision (clear vision at 20 inches or less)
Distance vision (clear vision at 20 feet or more)
Color vision (ability to identify and distinguish colors)
Peripheral vision (ability to observe an area that can be seen up and down or the left and right while eyes are fixed on a given point/object.)
Depth perception; (three dimensional vision, ability to judge distances and spatial relationship)
Ability to adjust focus (ability to adjust the eye to bring an object into sharp focus.)

WORK ENVIRONMENT

The following environment conditions apply to this position:

| | |
|---|---|
| Fumes or airborne particles | up to 1/3 |
| Toxic or caustic chemicals | up to 1/3 |
| Out door weather conditions | up to 1/3 |

The noise factor for this position is as follows:
Moderate noise, (example, hospital unit/ward, business office with typewriters).





| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Home | Contact Us | About Us | Director | Adjudication | State Personnel Board | Performance Evaluation | Employment |
| Agency Services | Compensation & Classification | | Education & Training | Labor Relations | Resources | Workforce Data | |

# Job Opportunities

## Job Opportunities

Applicant Login

Job Opportunities

Internal State Job Postings
(Current Classified State Employees Only)

Classification Descriptions

Job Interest Cards

powered by
NEOGOV

**Job Title:** Psychiatric Technician-Advanced (DOH #13466)
**Closing Date/Time:** Continuous
**Salary:** $20,363.20 - $36,212.80 Annually
**Job Type:** Permanent Position
**Location:** Las Vegas, New Mexico
**Department:** Department of Health

Print Job Information | Apply

| Job Description | Benefits | Supplemental Questions |
|---|---|---|

**Purpose of Position**
This position will provide direction and supervision to lower level psychological technicians and provide direct nursing care services throughout the medical center. May be eligible for supervisory pay.

This position is a Pay Band 45.

If you have indicated in your application that you have an education higher than a high school diploma or GED, you must attach a copy of your official/unofficial transcript(s), visibly marked with the "Degree Awarded/Conferred" and the "Date Awarded/Conferred," and include it with your application. Your application WILL NOT be considered for further review if you have failed to provide this information.

The experience certified will be confirmed. Please ensure that your stated experience can be crossed referenced on your application in order to remain eligible. Your application WILL NOT be considered for further review if you have failed to accurately identify your years of experience relevant to the purpose of this position.

If this advertisement requires a license, certificate and/or registration, you must include this information in the "Certificates and Licenses" section of your NeoGov application. Failure to include this information will result in an incomplete application.

**Occupation Description**
Care for mentally impaired or emotionally disturbed individuals, following physician instructions and hospital procedures. Monitor patients' physical and emotional well-being and report to medical staff. May participate in rehabilitation and treatment programs, help with personal hygiene, and administer oral medications and hypodermic injections.

**Nature of Work**
Psychiatric technicians provide nurse, psychiatric, and personnel care for the mentally ill or challenged. They work as part of a medical team in either a psychiatric facility or mental health clinic. Psychiatric technicians provide fundamental care often at its most basic level. Their main responsibility is centered around and focused on patient care which includes assisting with patient personal hygiene, including, helping patients to bathe, use the bathroom, and maintain clean living areas. Psychiatric technicians administer oral medications, and hypodermic injections. They are trained to monitor a patient's condition by taking blood pressure readings and pulse, respiration and temperature. Psychiatric technicians observe patients to detect behavior patterns and reports observations to medical staff. They will occasionally intervene to

 

restrain violent or potentially violent or suicidal patients by verbal or physical means as required. Psychiatric technicians lead prescribed individual or group therapy sessions as part of specific therapeutic procedures. They teach patients basic living and working skills and encourage patients to develop social relationships and to participate in recreational activities.

**Classification Description:**

**Distinguishing Characteristics of Levels**

Note: Examples of Work are intended to be cumulative for each progressively higher level of work. The omission of specific statements does not preclude management from assigning other duties which are reasonably within the scope of the duties.

- Employees in this Role perform specialized nursing services and para-professional counseling for mental health clients.
- Employees have sub-professional responsibility for a patient care unit.

**Minimum Qualifications:**

High School Diploma or GED and six (6) months of paid direct patient care or correctional officer experience.

**Employment Requirements:**

Must possess and maintain a current Certified Nursing Assistant Certificate from the State of New Mexico at the time of hire. Employment requires successful completion of post offer pre-employment physical and is subject to criminal background check. Employment is conditional pending results of criminal background check. Must possess and maintain a valid New Mexico Driver's License. Must be able to write in the English language and be eighteen (18) years of age to apply. Required to work weekends, holidays, overtime, shift work and callback hours as needed.

**Statutory Requirements:**

Subject to nationwide background search pursuant to New Mexico Caregivers Criminal Screening Act, (Sections 29-17-2 through 29-17-5 NMSA 1978, and 7.1.9.1 through 7.1.9.11 NMAC.)

**Knowledge and Skills**

**Knowledge**

- Psychology — Knowledge of human behavior and performance; individual differences in ability, personality, and interests; learning and motivation; psychological research methods; and the assessment and treatment of behavioral and affective disorders.
- Customer and Personal Service — Knowledge of principles and processes for providing customer and personal services. This includes customer needs assessment, meeting quality standards for services, and evaluation of customer satisfaction.
- Therapy and Counseling — Knowledge of principles, methods, and procedures for diagnosis, treatment, and rehabilitation of physical and mental dysfunctions, and for career counseling and guidance.
- English Language — Knowledge of the structure and content of the English language including the meaning and spelling of words, rules of composition, and grammar.
- Sociology and Anthropology — Knowledge of group behavior and dynamics, societal trends and influences, human migrations, ethnicity, cultures and their history and origins.
- Education and Training — Knowledge of principles and methods for curriculum and training design, teaching and instruction for individuals and groups, and the measurement of training effects.
- Public Safety and Security — Knowledge of relevant equipment, policies, procedures, and strategies to promote effective local, state, or national security operations for the protection of people, data, property, and institutions.
- Medicine and Dentistry — Knowledge of the information and techniques needed to diagnose and treat human injuries, diseases, and deformities. This includes symptoms, treatment alternatives, drug properties and interactions, and preventive health-care measures.
- Administration and Management — Knowledge of business and management principles involved in strategic planning, resource allocation, human resources modeling, leadership technique, production methods, and coordination of people and resources.

**Skills**

- Active Listening — Giving full attention to what other people are saying, taking time to understand the points being made, asking questions as appropriate, and not interrupting at inappropriate times.
- Social Perceptiveness — Being aware of others' reactions and understanding why they react as they do.

Vigil v. Tweed, et al.     Plaintiff's Initial Rule 26 Disclosures     002308

http://agency.governmentjobs.com/newmexico/default.cfm?action=viewJob&jobID=46032...    4/9/2013

 

- Monitoring — Monitoring/Assessing performance of yourself, other individuals, or organizations to make improvements or take corrective action.
- Speaking — Talking to others to convey information effectively.
- Coordination — Adjusting actions in relation to others' actions.
- Critical Thinking — Using logic and reasoning to identify the strengths and weaknesses of alternative solutions, conclusions or approaches to problems.
- Reading Comprehension — Understanding written sentences and paragraphs in work related documents.
- Judgment and Decision Making — Considering the relative costs and benefits of potential actions to choose the most appropriate one.
- Service Orientation — Actively looking for ways to help people.
- Active Learning — Understanding the implications of new information for both current and future problem-solving and decision-making.

**Supplemental Information:**

**Working Conditions:**
Work is performed in a clinical setting with medium physical demands with possible exposure to patient with criminal backgrounds and violent behavior and/or infectious diseases. Ability to lift/transfer resident with an average weight of 150 pounds, pushing/pulling of maximum force 20-50 pounds.

**Conditions of Employment:**
Working Conditions for individual positions in this classification will vary based on each agency's utilization, essential functions, and the recruitment needs at the time a vacancy is posted. All requirements are subject to possible modification to reasonably accommodate individuals with disabilities.

**Default FLSA Status:**
Non-Exempt. FLSA status may be determined to be different at the agency level based on the agency's utilization of the position.

**Bargaining Unit:**
This position is not covered by a collective bargaining agreement.

**Agency Contact Information:**
Ricky Vigil, (505) 454-2111.

**Link to Agency:**
www.health.state.nm.us/

**Applicant Help/How to Apply:**
www.spo.state.nm.us/State_Employment.aspx
www.applicant.support

The State of New Mexico is an Equal Opportunity Employer dedicated to the policy of non-discrimination in employment. Any qualified applicant shall have the opportunity to compete for vacant positions open for recruitment without regard to race, color, religion, sex, national origin, ancestry, age, marital or veteran status, gender identity, sexual orientation or the presence of a mental or physical disability or any other legally protected status.

In compliance with the Americans with Disabilities Act, the State will provide reasonable accommodations to qualified individuals and encourages both prospective employees and incumbents to discuss potential accommodations with the employer.



**NEW MEXICO STATE PERSONNEL OFFICE**
2600 Cerrillos Road // Santa Fe, NM 87505 // (505) 476-7759

# NEW MEXICO BEHAVORAL HEALTH INSTITUTE
# ACKNOWLEDGEMENT OF PHYSICAL REQUIREMENTS

I have read and understand the Physical Requirements on the Job Description for this position.

[x] I understand the job requirements as outlined; and I declare and affirm that I am physically and mentally able to perform the essential functions of the position of _Psych Tech Supervisor_ as of this date. I further declare and affirm that I do not have nor do I anticipate any physical or mental impairment, permanent or temporary, which would preclude me from being able to perform the essential functions of my _Supervisor_ position, with or without reasonable accommodation.

[ ] I am not able to perform the Physical Requirements.
Please indicate below which Physical Requirements you are unable to perform:

_____

_____

_John Vigil_       _Psych Tech Advanced_     _4-17-13_
Name of Applicant (Please print)      Title of Position      Date

_[signature]_
Applicant's Signature

Revised 12/7/2010 gs

# SKILLS & KNOWLEDGE CHECKLIST A
## ALL PSYCHIATRIC TECHS AND NURSES

Name (print) John Vigil  Title PTC  Date 12-12-14
Employee # 10655?  Unit AIF  New Nursing Employee? ___ Yes ✓ No
Immediate Supervisor Corinne Dominguez  Nurse Manager Cathy Nazor
Birth Month Dec  Contact phone number 617-5735  Message Phone _____

## A. RESPONSIBLE STAFF: ALL NURSING PERSONNEL

I understand my MEP (Managing Employee's Performance) and it is up to date:  ✓ YES ___ NO

**INSTRUCTIONS:** *In the blank to the left of each policy or procedure, place a check mark if you understand and can perform the duties required by your position. Write NO if you do not understand or cannot perform the duties. Note that even if you check a policy off, you may be required to do a demonstration or walk-through, pass a quiz, or explain it.*

<u>NEW EMPLOYEES</u>: *You have 45 days from your first day on the unit to complete this form and another 45 to remedy any NO's marked by you or found by your supervisor.* <u>EXPERIENCED EMPLOYEES</u>: *You have until the end of your birth month to complete this checklist and return it to the nursing office.*

*The following policies must be reviewed. These policies and all NMBHI policies are available on the NMBHI website on the intranet.*

- ✓ AMINISTRATION
- ✓ ADULT PSYCHIATRIC DIVISION
- ✓ CLINICAL SERVICES
- ✓ INFECTION CONTROL
- ✓ NURSING POLICIES
- ✓ PHARMACY
- ✓ SAFETY
- ✓ SECURITY
- ✓ STANDARDS AND COMPLIANCE

*CARE, APD, Forensic and Long Term Care have their own specific policy manuals. Please review these manuals and indicate that you have done so by initialing here if you work in one of these areas or if you are a floater.*

*Clinical skills can be reviewed in the Clinical Nursing Skills and Techniques (CNST) Perry, A.G. & P.A. Potter, manual. A current edition is available on all units.*

- ✓ Assessment
- ✓ Ambulation
- ✓ Bath in tub or bed

*Note : Bath or shower assist are not to be done by one person unless documentation in treatment plan explicitly permits it.*

- ✓ Bed-making
- ✓ Cardiopulmonary Resuscitation
- ✓ Crutch Walking (Teaching)
- ✓ Intake and Output
- ✓ Pressure ulcer care and prevention
- ✓ Shower
- ✓ Teeth Brushing
- ✓ Body Mechanics
- ✓ Choking: Heimlich maneuver
- ✓ Denture Care
- ✓ Mechanical Lift
- ✓ Range of Motion
- ✓ Transfers: Bed to Chair, Bed to Stretcher *
- ✓ Turning Patients & Moving Them Up in Bed
- ✓ Cane Walking
- ✓ Cough, Deep Breathe
- ✓ Hand washing
- ✓ Perineal Care
- ✓ Shampoo

*\*Note transfers are not to be done by one person unless documentation in care plan explicitly permits. This includes standing a person up to dress her, etc.*

ND #13002 (orchid double sided)
REV. 07/14  p.1 of 2

RECEIVED
HUMAN RESOURCES

EXHIBIT
2

Vital Signs: ✓ Blood Pressure  ✓ Pulse  ✓ Respirations  ✓ Pulse oximetry  ✓ Temperature

*Date your (CPR/First Aid) certification expires* 12-10-15

✓ Initial competency requirements met (new/transferred staff)
✓ Unit orientation checklist completed (new/transferred staff)
✓ Special education for unit requirements completed (CARE Modules)

✓ My CNA certificate expired or will expire on 8-1-15 (date)

✓ I have taken the mandatory tests for this year on my birth month. *(ASM must be completed online whenever possible and must be renewed every three years.)*

I understand that this form will be placed in my Personnel file and that this form is to be completed annually, before or on my birth month.

Signature of tech or nurse _____ Date 12-12-14

(Nurses: Go on and complete Checklist B.)
(All staff: Return this completed form to your immediate supervisor.)

Signature of supervisor _____ Date 12/19/14
Signature of nurse manager _____ Date 12/19/14

**Nurse Manager: Send or deliver this form to the nursing office.**