# NMBHI at Las Vegas Incident Report Form

## PRIMARY: CLIENT/ STAFF INVOLVED

**Name:** John Vigil

☒ Staff  ○ Aggressor  ○ Victim  ○ Witness

**Date Incident Occurred:** 5/29/2015
**Time Incident Occurred:** ? AM/**PM**
**Date Discovered if Different than Date of Incident:**

### Division
- ○ ADM
- ○ APD
- ○ CARE
- ☒ CBS
- ○ Dietary
- ○ FTU
- ○ General Service
- ○ Housekeeping/Laundry
- ○ LTC
- ○ NSG
- ○ PLANT
- ○ S&C
- ○ Security/Safety
- ○ Other _____

### Unit
- ○ APD - Choices/Isleta 1B
- ○ APD - Cortez
- ○ APD - Pinewood/Isleta 1A
- ○ APD - Sierra
- ○ APD - SPU/Isleta 2
- ○ APD - Tesuque 1
- ○ APD - Tesuque 2
- ○ CARE
- ○ CBS - Main
- ○ CBS - Mora
- ○ CBS - Pecos
- ○ CBS - Santa Rosa
- ☒ CBS/ALF - El Paso
- ☒ CBS/ALF - MESA
- ☒ CBS/ALF - Vega
- ○ FTU - B-Wing/WU
- ○ FTU - Creston A/STOP
- ○ FTU - Creston B/STOP
- ○ FTU - C-Wing/ACU
- ○ FTU - D-Wing/CCU
- ○ FTU - MSU
- ○ LTC - Aspen North
- ○ LTC - Aspen South
- ○ LTC - Evergreen North
- ○ LTC - Evergreen South
- ○ LTC - Juniper North
- ○ LTC - Juniper South
- ○ LTC - Ponderosa 1
- ○ LTC - Ponderosa 2
- ○ LTC - Ponderosa 3
- ○ LTC - Ponderosa 4
- ○ Other - Pinon
- ○ Other - Zuni

## CLIENT(s) INVOLVED

| Name | Role |
|---|---|
| | ○ Aggressor ○ Victim ○ Witness |
| | ○ Aggressor ○ Victim ○ Witness |
| | ○ Aggressor ○ Victim ○ Witness |

*Stamp: Received JUN 0 1 2015 Standard & Compliance*

## OTHER(s) INVOLVED

| Name | | |
|---|---|---|
| UNK | ○ Staff | ○ Aggressor ○ Victim ○ Witness |
| | ○ Staff | ○ Aggressor ○ Victim ○ Witness |
| | ○ Staff | ○ Aggressor ○ Victim ○ Witness |

## DESCRIPTION OF WHAT YOU SAW OR HEARD BEFORE & DURING INCIDENT
*(Staff with the most knowledge completes this section)*

**What was happening before the incident?**

**What happened during the incident?**

**Enter name of the person completing above section:**
**Date Completed:**

## PHYSICIAN/NURSE/SUPERVISOR ASSESSMENT/ACTION AND INTERVENTIONS TAKEN

**Assessment/Treatment Summary:**

**Immediate Action Taken at time of Incident** (treatment/safety measures to protect and safeguard patient)

Please review attached letter - no name attached

**Enter name of the person completing above section:** Richard D. Vigil
**Date Completed:** 6/01/15

## PROBABLE CAUSE & PREVENTION

**What was the cause or contributing factors?**

Anonymous letter

**Prevention measures or interventions taken to prevent reoccurrence:**

Recommend Investigation into matter

Was Treatment Plan Modified? ○ Yes ○ No ○ N/A

Enter name of the person completing above section: *Charles Jaramillo*   Date Completed: 6/1/15

## INCIDENT TYPE - check all that apply

| TYPE OF INCIDENT | CONFLICT/ ASSAULTIVE BEHAVIOR | GRIEVANCE/ COMPLAINT BY |
|---|---|---|
| ☐ No Injury | ☐ Patient vs Patient | ☐ Patient |
| ☐ Injury - Patient | ☐ Patient vs Staff | ☐ Family/Guardian |
| ☐ Injury - Staff | ☐ Staff vs Staff | ☐ Visitor |
| ☐ Injury - Unknown Origin | ☐ Physical Contact | |
| ☐ Minor Moderate Injury | ☐ Verbal | **GRIEVANCE/ COMPLAINT TYPE** |
| ☐ Major/ Significant Injury - Fracture | ☐ Inappropriate Behavior | ☐ Clinical/Care/Meds |
| ☐ Major/ Significant Injury - Joint Dislocation | ☐ Other___ | ☐ Conflict/Safety |
| ☐ Major/ Significant Injury - Head | | ☐ Dietary/Food |
| ☐ Major/ Significant Injury - Altered Consciousness | **ENVIRONMENT OF CARE** | ☐ Environment/Equip./Supplies |
| ☐ Major/ Significant Injury - Subdural Hematoma | ☐ Fire/Hazard/Utilities | ☐ Financial |
| ☐ Death | ☐ Grounds | ☐ Interpersonal |
| ☐ Medical Condition | ☐ Infection Control/Exposure | ☐ Personal Items |
| ☒ Other___ | ☐ Property/Damage/Loss/Theft | ☐ Provider Preference |
| | ☐ Safety/Emergency | ☐ Services |
| **EMPLOYEE INJURY** | ☐ Other___ | ☐ Other___ |

Was a Notice of Accident Form Completed?
○ Yes ○ No

Was the Employee seen by NMBHI MD?
○ Yes ○ No

| CLASSIFICATION | DHI/ Other External | MISSING |
|---|---|---|
| ☐ Accident<br>☐ ER Visit<br>☐ FALL<br>☐ HIPAA<br>☐ Hospitalization<br>☐ HR Policy/Protocol Deviation<br>☐ Patient Rule Deviation<br>☐ Self Injury<br>☐ Suicide Attempt/Ideation<br>☐ X-Rays/CT Scans<br>☐ Other _____<br>Fall<br>☐ Report Fall Attached<br>☐ On Falling Leaves Program | ☐ Abuse<br>☐ Exploitation<br>☐ Injury of Unknown Origin (Significant)<br>☐ Neglect<br>☐ Significant Injury<br>☐ Other (I.E. Emergency Disaster, Sexual Contact) _____<br><br>Received<br>JUN 0 1 2015<br>Standard & Compliance | ☐ Attempted Elopement<br>☐ Attempted Escape - FTU<br>☐ Elopement off Campus<br>☐ Escape - FTU<br>☐ Temporarily Missing<br>☐ Unexpected Absence - CBS<br><br>Time Discovered Missing _____<br>Time Returned _____<br>Was Law Enforcement Notified?<br>○ Yes ○ No<br>Was Elopement Report Attached?<br>○ Yes ○ No<br><br>**ON RETURN**<br>Was Patient Assessed & Documented<br>○ Yes ○ No<br>Was a Body Check Documented<br>○ Yes ○ No |

## PATIENT ASSESSMENT

| | | |
|---|---|---|
| Client/Patient Name:<br>Was the Client Patient?<br>☐ Assessed ☐ Injury Treated<br>Was Nursing Assessment Completed? ○ Yes ○ No<br>If Yes, Completed by Whom?<br>If yes, Enter the Date: | Client/Patient Name:<br>Was the Client Patient?<br>☐ Assessed ☐ Injury Treated<br>Was Nursing Assessment Completed? ○ Yes ○ No<br>If Yes, Completed by Whom?<br>If yes, Enter the Date: | Client/Patient Name:<br>Was the Client Patient?<br>☐ Assessed ☐ Injury Treated<br>Was Nursing Assessment Completed? ○ Yes ○ No<br>If Yes, Completed by Whom?<br>If yes, Enter the Date: |

## NOTIFICATION RECORD - Contacts made

| | PERSON CONTACTED | DATE | TIME | CONTACT MADE BY |
|---|---|---|---|---|
| ○ Emergency "5555" | | | | |
| ○ PBX 2100 or "0" | | | | |
| ○ Security 2308 | | | | |
| ○ Safety 2345 | | | | |
| ○ Administrator/ Administrator on Call "0" | | | | |
| ○ Nurse Administrator/ House Nurse 2227 | | | | |
| ○ On Call Physician "0" | | | | |
| ○ Division Director | | | | |
| ○ Internal Rev 2284 | | | | |
| ○ Incident Call in 2442 | | | | |
| ○ S&C Incidents 2630 | | | | |
| ○ Housekeeping 2187 | | | | |
| ○ Plant 2250 | | | | |
| ○ Infection Control 2149 | | | | |
| ○ DHI/APS/CYFD/MCO/Law Enforcement/Other External, etc | | | | |
| ○ Guardian, Family or Other | | | | |

I was told and everybody knows that superviser john vigil has a lot bottels of the patientes meds in his desk, and some are ativans and narcotics locked away. Also hundreds of dollars of there money to. John vigil is the psych tech superviser at the arches. We will send to HR patient avocate and investegations. You canot tell him how you found out cuase he will know who send this letter.



Received
JUN 0 1 2015
Standard & Compliance

RECEIVED
MAY 29 2015

Revised 04/08/09

New Mexico Department of Health

DOH/DHI Use Only

# HFL&C INCIDENT REPORT (SFY 2010) Case #:

## SECTION 1 – CONSUMER INFORMATION

| Name of Consumer | First: [redacted] | Middle: | Last: [redacted] |
|---|---|---|---|
| Social Security # | [redacted] | Gender: ☐Male ☒Female | DOB: [redacted] |
| Residence Address | Street Address: 3695 Hot Springs Blvd | City: Las Vegas | Zip: NM | Phone: 505-454-2100 |

Consumer Competency Level: ☐High ☐Moderate ☐Low

ADLs (Resident Needs Assistance With) Check All That Apply: ☐Walking ☐Wheelchair ☐Bathing ☐Eating ☐Transfer ☐Total Care ☒None    Verbal ☐Yes ☐No

Diagnosis(es): Schizophrenia - chronic - Borderline Intellectual Function - Asthma

Name of Doctor & Phone: Dr. Milton

## SECTION 2 – DESCRIPTION OF INCIDENT (Staff person with the most direct knowledge of incident fills out this section.)

### TYPE OF ALLEGED INCIDENT

☐Abuse    ☐Neglect    ☒Exploitation    ☐Injuries of Unknown Origin

Person responsible for individual's care at time of incident: NMBHI Staff at Assisted Living Facility

Has this happened before? ☐Yes ☒No

Was anyone else present at the time of the incident: ☐Yes ☐No    If Yes, Identify below:

| Name: | Title or Relationship: | Phone: |
| Name: | Title or Relationship: | Phone: |

Date Incident Occurred: Date Reported 06/03/15    Time: 11:30 AM    ☒AM ☐PM ☐Unknown

**Before the Incident:**

An Anonymous Letter was received today at Standards + Compliance, Human Resources + to the Patient's Advocate. It was Routed through Interoffice Mail.

**During the Incident:**

See Attached Letter.

Mr John Vigil is the Psych Tech Supervisor on the 7-3 Shift at the ALF (Adult Living Facility). The ALF is located on NMBHI Grounds.

DOH-HFL&C FAX (888-576-0012)
FOR CARE CLIENTS: FAX TO CYFD-LCA: 505-827-4595
When faxing information that is not on this form please label it with resident's name and incident date.

INCIDENT REPORT Page 1 of 3

Case # 15-66-66
Assigned to P. Schniter
on 6-4-15
Due 6-10-15

| Name of Consumer | First: ▉▉▉ | Middle: ▉▉▉ | Last: ▉▉▉ | SSN: ▉▉▉ | Date of Incident: 6/2/8 |

**After the Incident:** Security Supervisor, Internal Review Director and I (Executive Nurse Administrator) went to Mr. Vigil's office. Mr. Vigil is currently on vacation. We found that he had some cabinets above his desk that had a pad lock. Security broke the lock. We did find a bottle (Rx) that contained pills. The label was for Risperdone for ▉▉▉. In addition, there was two $1 bills.

### Person Completing Sections 1 & 2
- Confidentiality Desired: ☐ Yes ☐ No
- Name: Frances Tweed
- Agency: NMBHI
- Title/Relationship: Executive Nurse Administrator
- Phone: 505-454-2604
- Date Completed: 06/03/15
- Time Completed: 1500

### SECTION 3 – AGENCY / FACILITY INFORMATION
- **Reporting Agency:** NMBHI
- **Incident Coordinator:** Marlene Martinez, Quality Manager, Standards & Compliance
- **Address:** 3695 Hot Springs Blvd.
- **City:** Las Vegas, NM
- **Zip:** 87701
- **County:** San Miguel
- **Phone:**

### SECTION 4 – ADMINISTRATIVE INFORMATION — Check the applicable box(es) below:
☐ ICFMR   ☐ Diagnostic & Treatment Facility   ☐ Limited Diagnostic & Treatment Facility   ☐ Specialty Hospital
☐ Adult Residential Care Facility   ☐ Home Health   ☐ Hospice   ☐ Nursing Facility   ☒ Other ALF

**INITIAL ACTIONS TAKEN BY THE AGENCY/FACILITY TO ASSURE HEALTH & SAFETY:**
Review of the Record verified that patient has been receiving her scheduled dose of Risperdone at 8 PM. Resident was assessed by Mabel Arguello-Vasquez RN. Vital signs were stable at 97 - 91 - 20 B/P 110/60 O₂ Sat 93% on R.A.

**PLANS FOR FURTHER ACTIONS IN RESPONSE TO THE INCIDENT:**
Resident will be monitored by staff at the Assisted Living Facility. This case will be investigated by our Internal Review Department.

### SECTION 5 – NOTIFICATIONS
Always notify DOH/DHI within 24 hours via FAX: (888-576-0012) or e-mail: incident.management@state.nm.us

- **Legal Guardian:** ☒ None N/A   ☒ Notified
- **Other:** ☐ None   ☐ Notified

### Person Completing Sections 3, 4 & 5:
- Name: Frances Tweed RN
- Title/Relationship: Executive Nurse Administrator
- Phone: 505-454-2604
- Date Completed: 6/3/15
- Time Completed: 1500

By typing your name below you are effectively signing this document. Your typed name is acceptable as a replacement for your written signature.

Name: ▉▉▉    Date: 06/03/15

INCIDENT REPORT Page 2 of 3

Revised 04/08/09

**New Mexico Department of Health**

DOH/DHI Use Onl

# HFL&C INCIDENT REPORT (SFY 2010) Case #:

## SECTION 1 – CONSUMER INFORMATION

| Name of Consumer | First: [redacted] | Middle: | Last: [redacted] |
|---|---|---|---|
| Social Security # | [redacted] | Gender: ☐Male ☒Female | DOB: [redacted] |
| Residence Address | Street Address: 3695 Hot Springs Blvd | City: Las Vegas | Zip: 87701 | Phone: 505- |

| Consumer Competency Level | ADLs (Resident Needs Assistance With) Check All That Apply | |
|---|---|---|
| ☐High ☐Moderate ☐Low | ☐Walking ☐Wheelchair ☐Bathing ☐Eating ☐Transfer ☐Total Care ☒None | Verbal ☒Yes ☐No |

Diagnosis(es): Schizoaffective p/o. OCD –
Name of Doctor & Phone: Dr Brown

## SECTION 2 – DESCRIPTION OF INCIDENT (Staff person with the most direct knowledge of incident fills out this section.)

### TYPE OF ALLEGED INCIDENT
☐Abuse  ☐Neglect  ☒Exploitation  ☐Injuries of Unknown Origin

Person responsible for individual's care at time of incident: NMBHI Assisted Living Facility
Has this happened before? ☐Yes ☒No
Was anyone else present at the time of the incident: ☐Yes ☐No   If Yes, Identify below:

| Name: | Title or Relationship: | Phone: |
| Name: | Title or Relationship: | Phone: |

Date Incident Occurred: Date Reported
06/03/15
Time: 11:30 am  ☒AM ☐PM ☐Unknown

**Before the incident:**
An anonymous letter was received today via interoffice mail. It was received by Standards & Compliance, Human Resources & the patient Advocate.

**During the incident:**
See attached letter.
Mr. John Vigil is the psych tech supervisor on the 7-3 shift at the ALF (Adult Living Facility). The ALF is located on NMBHI grounds.

DOH-HFL&C FAX (888-576-0012)
FOR CARE CLIENTS: FAX TO CYFD-LCA: 505-827-4595
When faxing information that is not on this form please label it with resident's name and incident date.

INCIDENT REPORT Page 1 of 3

Additional Information for
case # 15-06-06

| Name of Consumer | First: ███ | Middle: ███ | Last: ███ | SSN: ███ | Date of Incident: 06/03/15 |
|---|---|---|---|---|---|

**After the Incident:** Security Supervisor, Internal Review Director, and J (Executive Nurse Administrator) went to Mr. Vigil's office. Mr. Vigil is currently on vacation. We found that he did have some cabinets over his desk that had a padlock. Security Supervisor broke the lock. We found a bottle (Rx) that contained pills, the label was for Risperdone ███. In addition we found 2 $1 bills

**Person Completing Sections 1 & 2**

| Confidentiality Desired: ☐Yes ☐No | Name: | Agency: NMBHI | Title/Relationship: | Phone: | Date Completed: | Time Completed: |
|---|---|---|---|---|---|---|

### SECTION 3 – AGENCY / FACILITY INFORMATION

| Reporting Agency: NMBHI | Incident Coordinator: Marlene Martinez, Quality Manager Standards & Compliance |
|---|---|

| Address: 3695 Hot Springs Blvd. | City: Las Vegas, NM | Zip: 87701 | County: San Miguel | Phone: |
|---|---|---|---|---|

### SECTION 4 – ADMINISTRATIVE INFORMATION* check the applicable box(es) below:

☐ICFMR  ☐Diagnostic & Treatment Facility  ☐Limited Diagnostic & Treatment Facility  ☐Specialty Hospital
☐Adult Residential Care Facility  ☐Home Health  ☐Hospice  ☐Nursing Facility  ☒Other ALT

**INITIAL ACTIONS TAKEN BY THE AGENCY/FACILITY TO ASSURE HEALTH & SAFETY:**
Review of resident's record revealed that resident has been receiving her PM dose of Risperdone. Resident was assessed by Nurse Arguello-Vasquez per Judy. Vital signs stable at 97°-78-20 O₂ Sat 94% RA B/P= 110/70

**PLANS FOR FURTHER ACTIONS IN RESPONSE TO THE INCIDENT:**
Resident will continue to be monitored by ALL STAFF. This allegation will be investigated by NMBHI Internal Review Department

### SECTION 5 – NOTIFICATIONS
Always notify DOH/DHI within 24 hours via FAX: (888-576-0012) or e-mail: incident.management@state.nm.us

| Legal Guardian ☒None N/A ☐Notified | Guardian Name & Phone #: | Date: | Time: | Person Making Contact: |
|---|---|---|---|---|
|  | Street Address: | City: |  | State: Zip: |
| Other ☐None ☐Notified | Name & Phone #: | Date: | Time: | Person Making Contact: |
|  | Street Address: | City: |  | State: Zip: |

**Person Completing Sections 3, 4 & 5:**

| Name: | Title/Relationship: | Phone: | Date Completed: | Time Completed: |
|---|---|---|---|---|

By typing your name below you are effectively signing this document. Your typed name is acceptable as a replacement for your written signature.

Name: _[signature]_  Date: 06/03/15

INCIDENT REPORT Page 2 of 3

I was told and everybody knows that superviser john vigil has a lot bottels of the patientes meds in his desk, and some are ativans and narcotics locked away. Also hundreds of dollars of there money to. John vigil is the psych tech superviser at the arches. We will send to HR patient avocate and investegations. You canot tell him how you found out cuase he will know who send this letter.