JUN 25 2015

6-24-15   (1)

I John Vigil am writing this letter because I believe someone or several of my co-workers are trying to get me fired from my position as a Supervisor.

I have been interviewed by the Sheriff Dept and by investigators at my job.

I believe someone or several people are planting medications in my locker that does not belong to me.

I know that in the past I had problems with Bryan Seitz which was about a year ago.

According to the investigator the medication found in my locker belonging to different residents is around one year old, which fits the time frame when Bryan used to work there.

Bryan also accused me of stealing his badge to swipe into work. Bryan and I have had a couple of confrontations in the past where he told me "Fuck you, you pussy this > not over yet."

Ironically his badge was later found at the parking lot where I usually park my vehicle.

Not long ago after the investigation started Bryan saw me putting gas and he made it a point to drive by and he started laughing at me. I suspect he may be working with staff on graveyard since they are closer in age.

One morning I came into work and I caught Yvette Ortega asleep in the T.V. Room. I reported the incident to her Supervisor Tina Gonzales.

I called Corinna Dominguez our Division Director and explained what happened. I don't know what became of it.

Approximately a month later I walked into El Paso phase II when 3-11 & 11-7 were working with 4 staff 2 on each unit. It was around 6:30 A.M. I observed Yvette Ortega sitting at the Nurses Station but I did not see anyone else. I asked Yvette who she was working with and she said Miranda. I asked her where she was and she stated I don't know.

I walked to Mesa Cottage but did not find her there so I walked back to El Paso and Miranda was sitting next to Yvette reading a Book. I asked Miranda where she was at when I came in and she stated she was doing laundry. Both Yvette and Miranda clocked out at 7:00 A.M. Feeling that something was not right I checked the laundry room and the laundry room was empty. I began checking all the Empty/Vacant Rooms and I found a totally made Bed with pillows on one of the Empty rooms that was not occupied by a resident. I called Cathy Aragon director of Nursing to tell her about the Blankets on the Bed and that I suspected that they were taking turns sleeping. Shortly after 3-11 & 11-7 staff were reduced to 3 staff. I know

Staff was not happy since they were getting pushed out.

A couple of weeks later I was confronted by Tina Garule in front of staff that an allegation was made that a bed in El Paso was being used by the staff to sleep in and she said to me in a loud voice "This is Ridiculous". I continued my work and they left at 7:00 A.M.

Two to three weeks passed and I recid a call from investigations that an incident report had been made towards me. When I spoke to the investigator I found out that Yvette Ortega made the accusation that I found her asleep and that I called her Bad words & yelled at her the witnesses were Miranda & Tina. I told the investigator that this never happened and the allegation of me yelling at her was not true. Apparently Corine my Supervisor knew about the allegation. She asked me who was working the the morning that I found the bed made in El Paso and I told her that it was Yvette & Miranda. She smiled and nodded like she had a feeling that they were connected.

At this point I advised Corine that Pauline Lucero one of Tina's staff came to me and told me that Tina was going around asking her staff to make false allegations and an incident reports on me so that they could get rid of me. I told Corine that ~~tina~~ I had asked Pauline if tina had asked

Her to write incident reports that were not true towards me and that Pauline had stated yes they is why I am telling you.

I asked Pauline if she was willing to tell Corinne or Division Director and she said she would.

As far as I know Pauline did go to Corinne's office and advised her of what was happening on the 11-7 shift. I feel that at this point Corinne should have removed me or Tina until this allegation of what Tina was trying to get her staff to do against me was looked into and resolved.

When I rec'd the reprimand about me yelling and cussing at Yvette I could not believe it. Not after all that was happening on the unit and with the information provided by Pauline Lucero.

Another charge on the write up that I was responsible for was the door to the T.V. room to remain closed from 10:30 p.m. - 6:00 A.M. and Corinne agreed and sent a memo to all supervisors including Tina. The reason why I asked for the door to remain closed was because there was an incident where ▉▉▉▉▉ one of our residents stated that she fell in the bathroom and that 11-7 staff did not help her or find her because they were all in the T.V. room. Early that morning ▉▉▉ was transferred to Alta Vista Hospital via ambulance, which was on the 7-3 shift.

This was another reason why 11-7 was not happy with me. I did it for the safety of the residents.

Unfortunately now that they work with 3 staff only one staff will be on one unit to do & plan whatever they want and since there are no cameras on the unit (any body) can come & go as they want.

I feel I am being retaliated and I am being set up because of the changes I made.

I honestly believe that the hospital should of placed surveillance cameras on both El Paso & Mesa like they did at the other units.

As a supervisor I urge N.M.B.H.I. to please place cameras on both of these units.

Cameras will prevent staff from sleeping and or making false allegations against their peers.

Most importantly for the safety of the residents!

Thank you,
Sincerely,
John Vigil

JUN 25 2015

Page 871

1    ALJ COOPER: Sure.
2    THE WITNESS: Okay. And I'll do it as --
3    MR. ROMERO: -- the statement that he
4 wrote on June 24th of 2015.
5    THE WITNESS: And I'll do it as fast
6 as --
7    MR. ROMERO: (Indiscernible.)
8    THE WITNESS: Okay. Okay. Here goes:
9    "I, John Vigil, am writing -- I, John
10 Vigil, am writing this letter because I believe someone
11 or several of my coworkers are trying to get me fired
12 from my position as a supervisor. I have been
13 interviewed by the sheriff's department and by
14 investigations at my job.
15    "I believe someone or several people are
16 planting medications in my locker that does not belong
17 to me. I know that in the past I've had problems with
18 Bryan Saiz, which was about a year ago. According to
19 the investigator, the medication found in my locker
20 belonging to different residents is around a year old,
21 which fits the time frame when Bryan used to work
22 there.
23    "Bryan also accused me of stealing his
24 badge to swipe into work. And he could -- to swipe
25 into work. Bryan and I have had a couple of

Page 872

1 confrontations in the past where he told me, you
2 know" --
3    I don't want to say bad words. Do I say
4 the bad words?
5    ALJ COOPER: Go ahead. It's fine.
6    MR. ROMERO: Yeah.
7    THE WITNESS: "Fuck -- fuck you, you
8 pussy. This is not over yet.
9    "Ironically, his badge was later found on
10 the parking lot where I usually park my vehicle. Not
11 long ago after the investigation started, Bryan saw me
12 putting gas and he made it a point to drive by and he
13 started laughing at me. I suspect he may be working
14 with staff at graveyard, since they are closer in age.
15    "One morning I came in to work and I
16 caught Yvette Ortega asleep in the TV room. I reported
17 the incident to her supervisor, Tina Gurule. I called
18 Corinne Dominguez, our division director, and explained
19 what happened. I don't know what became of it.
20    "Approximately a month later, I walked
21 into El Paso. This is when 3:00 to 11:00 and 11:00 to
22 7:00 were working with four staff, two on each unit.
23 It was around 6:30 a.m. I observed Yvette Ortega
24 sitting at the nurses' station, but I did not see
25 anyone else.

Page 873

1    "I asked Yvette who she was working with
2 and she said Miranda. I asked her where she was and
3 she stated, 'I don't know.' I walked to Mesa Cottage,
4 but did not find her, so I walked back to El Paso and
5 Miranda was sitting next to Yvette, reading a book. I
6 asked Miranda where she was at the time when I came in
7 and she stated she was doing laundry.
8    "Both Yvette and Miranda clocked out at
9 7:00 a.m. Feeling that something was not right, I
10 checked the laundry room" -- excuse me -- "and the
11 laundry room was empty. I began checking all the empty
12 vacant rooms and I found a totally made bed with
13 pillows on one of the empty rooms that was not occupied
14 by a resident.
15    "I called Cathy Aragon, director of
16 nursing, to tell her about the blankets and the bed and
17 that I suspected that they were taking turns sleeping
18 shortly after" -- "that they were taking turns
19 sleeping.
20    "Shortly after, 3:00 to 11:00 and" --
21 "shortly after, 3:00 to 11:00 and 11:00 to 7:00 staff
22 was reduced to three staff. I knew staff was not
23 happy, since they were getting pulled out. But a
24 couple of weeks later, I was confronted by Tina Gurule
25 in front of staff that an allegation was made that a

Page 874

1 bed in El Paso was being used by her staff to sleep in.
2 And she said to me in a loud voice that 'This is
3 ridiculous.' I continued my work and they left at
4 7:00 a.m.
5    "Two or three weeks passed and I received
6 a call from Investigations that an incident report had
7 been made towards me. When I spoke to the
8 investigator, I found out that Yvette Ortega made the
9 accusation that I found her asleep and that I" -- "that
10 I caught" -- "called her bad words and yelled at her.
11 The witnesses were Miranda and Tina. I told the
12 investigator that this never happened and that the
13 allegation of me yelling at her was not true.
14    "Apparently Corinne, my supervisor, knew
15 about the allegation. She asked me who was working at
16 the" -- "working where the" -- "that morning that I
17 found the bed made in El Paso. And I told her that it
18 was Yvette and Miranda. She smiled and nodded like she
19 had a feeling that this was connected.
20    "At this point, I advised Corinne that
21 Pauline Lucero, one of the -- Tina's staff came to me
22 and told me that Tina was going around asking her staff
23 to make false allegations and incident reports on me so
24 that they could get rid of me.
25    "I told Corinne that I had asked Pauline

Page 875

1  if Tina had asked her to write incident reports that
2  were not true towards me and that Pauline had stated,
3  'Yes. This is why I am telling you.' I asked Pauline
4  if she was willing to tell Corinne, our division
5  director, and she said she would.
6      "As far as I know, Pauline did go to
7  Corinne's office and advise her of what was happening
8  on the 11:00 to 7:00 shift. I feel at this point,
9  Corinne should have removed me or Tina until this
10 allegation of what Tina was trying to get her staff to
11 do against me was looked into and resolved.
12     "When I received a reprimand about me
13 yelling and cussing at Yvette, I could not believe it,
14 not after all that was happening on the unit and with
15 the information provided by Pauline Lucero.
16     "Another change on the units that I was
17 responsible for was the door of the" -- "to the TV room
18 to remain closed from 10:30 p.m. to 6:00 a.m. And
19 Corinne agreed and sent a memo to all supervisors,
20 including Tina.
21     "The reason why I asked for the door to
22 remain closed was because there was an incident where
23 ▮▮▮▮▮, one of our residents, stated that she
24 fell in the bathroom and that 11:00 to 7:00 staff did
25 not help her or find her because they were all in the

Page 876

1  TV room.
2      "Early that morning, ▮▮▮ was
3  transported to Alta Vista Hospital via ambulance, which
4  was on the 7:00 to 3:00 shift. This was another reason
5  why 11:00 to 7:00 was not happy with me. I did" -- "I
6  did it for the safety of the residents.
7      "Unfortunately, now that they work with
8  three staff, only one staff will be on one unit to do
9  and plan whatever they want. And since there are no
10 cameras on the unit, anybody can come and go as they
11 want.
12     "I feel I am being retaliated and I am
13 being set up because of the changes I made. I honestly
14 believe that the hospital should place surveillance
15 cameras on both El Paso and Mesa, like they did on
16 other units. As a supervisor, I urge NMBHI to please
17 place cameras on both of these units. Cameras will
18 prevent staff from sleeping and make" -- "or making
19 false allegations against their peers. Most
20 importantly, for the safety of the residents.
21     "Thank you. Sincerely, John Vigil."
22         MR. ROMERO: I pass the witness.
23         ALJ COOPER: And before we do that, can I
24 request that on page 4 of that document, that we cross
25 out the patient's name, just leave "HG."

Page 877

1          MR. ROMERO: Of course, Your Honor.
2          MR. TREMAINE: I had moved on -- oh, in
3  the bottom paragraph?
4          ALJ COOPER: Yes. You see the name?
5          MR. TREMAINE: Yes. Thank you.
6          ALJ COOPER: Yep. Okay.
7          Okay. Some cross-examination questions
8  for Mr. Vigil?
9          MR. TREMAINE: I -- I do have some cross,
10 Your Honor. Do we have -- do we anticipate other
11 witnesses today? Because I was going to recommend that
12 we break for lunch if we do and I can do cross after.
13 Or if we're done, then I'll just -- we'll move
14 through --
15         MR. ROMERO: I'm at the Court's -- at
16 your leisure. I have Ms. Swan, who I have been able to
17 get ahold of. And she told me if I could just give her
18 15 minutes advanced notice, she would be available any
19 time from 1 o'clock forward.
20         I have not been able to get ahold of, but
21 will attempt to get ahold of Ms. Beatrice Romero, but
22 again, both those witnesses will be very brief
23 afternoon witnesses. One for sure --
24         MR. TREMAINE: Uh-huh.
25         MR. ROMERO: -- and possibly two.

Page 878

1          MR. TREMAINE: I was going to say if we
2  were going to be done, then I would just keep going. I
3  can -- I can do this now or we could just come back and
4  do cross and --
5          ALJ COOPER: How long do you anticipate?
6  I won't hold you to it. Just --
7          MR. TREMAINE: I -- I think it's -- it's
8  not going to be extensive, but I -- I -- at the rate --
9  at the pace things are going, I would expect -- I think
10 he's been on for about an hour, maybe 45 minutes.
11         ALJ COOPER: What do we think? Lunch now
12 or after?
13         MR. TREMAINE: I'm flexible, Your Honor.
14 I --
15         ALJ COOPER: I am, too. It doesn't
16 matter to me.
17         MR. ROMERO: Yeah. I -- It doesn't
18 matter to me.
19         ALJ COOPER: I mean, I prefer to hold
20 direct and cross together, but if --
21         MR. TREMAINE: Okay.
22         ALJ COOPER: -- you'd prefer to go for
23 lunch, that's fine.
24         MR. ROMERO: I guess we're -- we're
25 deferring to you then.