New Mexico Behavioral Health Institute at Las Vegas
Internal Review Department
Staff Voluntary Statement

Name: John Vigil    Date: 6-24-15    Time Started: 9:55 am/pm
Unit: CBSAH    Shift: Days    Classification: PTS    Time Ended: ___ am/pm

F ☐ I received and understand the contents of the handout from Internal Review.

V ☑ Internal Reviewer (PTS) has informed me I am being interviewed concerning All Clients, (lockers)

## Statement
(Please print clearly)

I was advised my x4 lockers were searched. Regarding the lock on my large locker the combination to the lock was written on the wall next to the wooden locker so I would not forget it. Regarding the contents to the locker I haven't been in my locker for a while and it contained food, clothes and my personal medication. The medications found were mine except the hydrocodone, which were not mine. Regarding 2 small lockers with yellow locks at El Paso they are my lockers. I keep those keys (locks) in my car rings and did not give keys to anyone else

I have read this statement, consisting of this page and ___ other attached pages. This statement is true and correct to the best of my knowledge. Neither threats nor promises have been directed to me. I understand this statement may be used as evidence in the investigation of the above noted incident, as well as others, and may be used in formal hearings and/or court proceedings. I have initialed each page, and dated and signed below.

Date: 6-24-15                    Signature: John Vigil

Date: 6-24-15                    Witness: _____
Rev. 1/06 Form #007              (Do not write on back, continue on additional sheet.)

New Mexico Behavioral Health Institute at Las Vegas
Internal Review Department
Staff Voluntary Statement, Continuation

Page _____

Statement

(Please Print Clearly)

client

Regarding meds found in the lower locker. I did not put them there. Regarding keys found in my back locker hanging on a hook are NOT mine. The additional locker which the keys fit is also NOT mine. I called Cathy to notify her about what was going on at my work just to talk to somebody because I was close to her. I recently had contact with my renters who paid me the cash found in my locker. I have landlord/Tenant issues with these people. These renters have left the property. I have not been into these trailer for quite sometime and I do not keep personal property there. Marcos Trujillo was a teenager whose family lived there after these renters left. Patty went and cleaned trailer.

I believe my ongoing conflict with guardyard staff has resulted in these allegations. I also feel I am Being Set up and Narcotics are Being planted to get rid of me. Staff position advised me that Tina Lucero was going around asking staff to make false allegations and false incident reports on me so I could be removed from my position as a Supervisor.

Date: 6/24/15

Signature / Initial   JB

(Do not write on back, continue on additional sheet)