STATE OF NEW MEXICO

In the Magistrate Court
San Miguel County
State of New Mexico
Plaintiff,

Case #15-12389

FILED IN
SAN MIGUEL MAG STRATE COURT
JUL 8 2015
By_____ Clerk

VS

M-48-FR-2015-145-1

Name: John Paul Vigil
DOB: 12/08/1963
SSN: 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
Add: 512 Lugar De Los Caballeros, Las Vegas, New Mexico 87701
Defendant,

## CRIMINAL COMPLAINT

Crime(s): Possession of a Controlled Substance (felony), Possession of a Controlled Substance (misdemeanor – possession of a controlled substance NOT listed in 30-31-23(E) as felony possession)

The undersigned, being duly sworn, upon oath, complains and says that on or about the 26th day of June, 2015, in San Miguel County, State of New Mexico, the above named defendant did commit the offense (s) of:

## COUNT I

**Possession of a Controlled Substance (felony) (Code: 5614)** The above named defendant did intentionally have in the defendant's possession *[Hydrocodone]*, a narcotic drug which is a Schedule I or II controlled substance], contrary to Section 30-31-23(E), NMSA 1978. (a 4th degree felony)

## COUNT II

**Possession of a Controlled Substance (misdemeanor – possession of a controlled substance NOT listed in 30-31-23(E) as felony possession) (Code:5801)** The above named defendant did intentionally have in the defendant's possession *[Lorazepam/Ativan]*, which is a controlled substance or a controlled substance analog of a substance enumerated in Schedule I, II, III, or IV, contrary to Section 30-31-23(A) and (D), NMSA 1978. (a misdemeanor)

I swear or affirm under penalty of perjury that the facts set forth above are true to the best of my information and belief. I understand that it is a criminal offense subject to the penalty of imprisonment to make a false statement in a criminal complaint.

_____
Undersheriff Anthony L. Madrid
San Miguel County Sheriff's Office
Complainant

_____
Approved by:
Chief Deputy District Attorney
Tom Clayton

7/8/15 _____
Judge ~~Christian Montano~~
Gerald E. Baca
District Judge

STATE OF NEW MEXICO

In the Magistrate Court
San Miguel County
State of New Mexico
Plaintiff,

CASE# 15-12389?

FILED IN
SAN MIGUEL MAGISTRATE COURT
JUL 8 2015
By_____Clerk

VS.

M-48-FR-2015-145-1

Name: John Paul Vigil
Dob: 12/08/1963
SSN: 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
Add: 512 Lugar De Los Caballeros, Las Vegas, New Mexico 87701
Defendant,

## AFFIDAVIT FOR ARREST

The undersigned, being duly sworn, on his oath, states that he has reason to believe that on or about the 26th day of June 2015, in the County of San Miguel, State of New Mexico, the above-named defendant did commit the crimes of: **Possession of a Controlled Substance (felony), Possession of a Controlled Substance (misdemeanor – possession of a controlled substance NOT listed in 30-31-23(E) as felony possession)**

On June 5th, 2015 at approximately 10:00 a.m., Deputy Sean Armijo was dispatched to 3695 Hot Springs Blvd. (New Mexico Behavioral Health Institute) in reference to possible larceny of narcotics. Upon my arrival on scene Deputy Armijo made contact with Security Supervisor, Joe Chavez, who advised him Frances Tweed had received an anonymous letter stating an NMBHI employee was stealing medication and money from patients currently being treated at NMBHI. Ms. Tweed is the executive nurse administrator for NMBHI. Ms. Tweed provided Deputy Armijo with a copy of the anonymous letter. The letter alleged that Psych Tech Supervisor, John Vigil, had money and prescription narcotics belonging to various patients at NMBHI, locked inside of his desk.

On June 5th, 2015 Myself and Deputy Sean Armijo executed a search warrant on J. Vigil's desk and surrounding work area. During the course of the warrant, Ativan, a scheduled narcotic was located and seized, along with a substantial amount of money possibly belonging to NMBHI patients. Other medication belonging to NMBHI patients that are not scheduled narcotics, were also located during the course of the warrant. Ativan, another form of Lorazepam is listed as a Schedule VI in the controlled substances act.

On June 19th, 2015 at approximately 11:00 a.m., I was advised by Ms. Frances Tweed that a secondary anonymous letter had come in with more allegations against J. Vigil. The anonymous letter stated J. Vigil had two other lockers in different areas of NMBHI, and J. Vigil had narcotics in those lockers. Myself and Ms. Tweed proceeded to El Paso Cottage where J. Vigil's locker was located. Mr. Vigil's locker was blue in color and labeled with his name on it.
I was later advised by Ms. Frances Tweed; security had cut the lock to his locker and had conducted a search on it. Ms. Tweed advised me that approximately eleven (9) Hydrocodone

pills were located in a "Centrum" vitamin bottle and two (2) more Hydrocodone were located inside of J. Vigil's locker. Ms. Tweed stated she had researched the pill's descriptors and found it to be Hydrocodone. On June 26th, 2015 myself and Investigator/Deputy Antoine Whitfield executed a search warrant signed by 4th Judicial District Judge Gerald Baca on J. Vigil's work locker. During the course of the search, eleven (11) Hydrocodone pills were located inside of a Centrum Multi-Vitamin container. The pills were seized for evidence purposes. Upon information and belief, Hydrocodone is listed as a Schedule II narcotic in controlled substances act.

Upon information from NMBHI Director Troy Jones, Mr. Vigil has authority to assist in the distribution of medication to patients; however he does not have authority to possess the drugs under any circumstances.

Affiant, Undersheriff Anthony L. Madrid is a full time salaried Undersheriff employed by the San Miguel County Sheriff's Office for approximately 8 months. The undersigned further states the following facts on oath to establish probable cause to believe that the above-named defendant committed the crimes charged:

Anthony L. Madrid　　　　　　　　　　　　　　　　　　　　7/8/15
San Miguel County Sheriff's Office　　　　　　　　　　　　　Date
Affiant


Subscribed and sworn to me before this __8th__ day of __July__, 2015.

　　　　　　　　　　　　　　　　　　　　Kit Ayala
　　　　　　　　　　　　　　　　　　　　Approved by: Tom Clayton
　　　　　　　　　　　　　　　　　　　　District Attorney's Office


　　　　　　　　　　　　　　　　　　　　Judge: ~~Christian Montano~~
　　　　　　　　　　　　　　　　　　　　Gerald S. Baca
　　　　　　　　　　　　　　　　　　　　District Judge