# DEPARTMENT OF PUBLIC SAFETY COVER SHEET

| INCIDENT | | |
|---|---|---|
| OFFENSE: | INCIDENT NO.: | 2015-16827 |
| | CASE NO.: | 15-132897 |
| DATE OF OFFENSE: June 5, 2015 | TIME: | 09:40 |
| LOCATION OF OFFENSE: | COUNTY: | San Miguel |

| PERSON CODE | NAME | DOB | SSN# | ADDRESS | TELEPHONE |
|---|---|---|---|---|---|
| SUSPECT | VIGIL, JOHN P | 12/08/1963 | 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 | Address Type: HOME ADDRESS<br>Street Address: 512 LUGAR DE LOS CABALLEROS<br>City: LAS VEGAS  State: NM  Zip: 87701<br>County: SAN MIGUEL  Region: REGION 2  Country: UNITED STATES | (505) 454-2100 |
| REPORTING PERSON | CHAVEZ, JOE | | | Address Type: BUSINESS ADDRESS  Road Type: STATE ROAD<br>Street Address: 3695 HOT SPRINGS BLVD,<br>City: LAS VEGAS  State: NM  Zip: 87701<br>County: SAN MIGUEL  Region: REGION 2  Country: UNITED STATES | (505) 718-0166<br>(505) 454-2100 |
| REPORTING PERSON | TWEED, FRANCES | | | Address Type: BUSINESS ADDRESS  Road Type: STATE ROAD<br>Street Address: 3695 HOT SPRINGS BLVD<br>City: LAS VEGAS  State: NM  Zip: 87701<br>County: SAN MIGUEL  Region: REGION 2  Country: UNITED STATES | (505) 454-2100 |

**ATTACHMENTS**

ATTACHMENT (A) PHOTOS OF J. VIGIL'S WORK SPACE
ATTACHMENT (B) COPY OF SEARCH WARRANT AND AFFIDAVIT FOR SEARCH WARRANT
ATTACHMENT (C) COPY OF RETURN OF INVENTORY
ATTACHMENT (D) AUDIO RECORDING JOE CHAVEZ AND FRANCES TWEED
ATTACHMENT (E) COPY OF (CAD) REPORT

**ADMIN**

| REPORTING OFFICER: | DEPUTY SEAN ARMIJO | CASE STATUS: | CLOSED |
|---|---|---|---|
| COPIES TO: | | | |

| STATE OF NEW MEXICO INCIDENT REPORT | | ORI NO. NM0250000 | INCIDENT NO. 2015-16827 | PRIMARY Y | PAGE 1 | OF 4 |
|---|---|---|---|---|---|---|

| OCCURRENCE DATE(S) ON OR BETWEEN | | DATE REPORTED | AGENCY SAN MIGUEL COUNTY SHERIFF'S OFFIC | | COUNTY San Miguel | |
|---|---|---|---|---|---|---|
| MM/DD/YYYY 06/05/2015 | MM/DD/YYYY 06/05/2015 | MM/DD/YYYY 06/05/2015 | GEOGR. CODE 02005 | OPTIONAL USE (CASE NO., ETC.) 15-132897 | BURGLARY Force No F | NO. OF |
| TIME 09:40 DAY FRI | TIME 22:27 DAY FRI | TIME 09:40 DAY FRI | HATE / BIAS MOTIVATION No Hate/Bias motivation apparent | | | GANG REL. Yes No X |

ADDRESS/LOCATION OF INCIDENT

| PERSON CODE SUSPECT | TYPE CODE INDIVIDUAL | INJURY CODE NONE |
|---|---|---|

| 1-NAME (LAST, FIRST, MIDDLE) VIGIL, JOHN P | SOCIAL SECURITY NO. 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 | DOB 12/08/1963 | AGE 51 | SEX M | RACE: WHI X | BLK | ASIA | IND | UNK |
|---|---|---|---|---|---|---|---|---|---|

| OCCUPATION TECH | VICTIM OF OFF. NO | HEIGHT 507 | WEIGHT 190 | HAIR BRO | EYES BRO | ETHNIC H | AGG ASSAULT |
|---|---|---|---|---|---|---|---|

EMPLOYER / SCHOOL
NMBHI

GANG AFFILIATION
NONE

VICT. OF SUSP NO  RELATIONSHIP

| ARREST/CITATION NO. F.B.I. NO | S.I.D. NO. | NCIC NO. | Type of Arrest: ON VIEW  CITED  CUST. | Residential Status: RES X  NON |
|---|---|---|---|---|

Address Type: HOME ADDRESS
Street Address: 512 LUGAR DE LOS CABALLEROS
City: LAS VEGAS    State: NM    Zip: 87701
County: SAN MIGUEL    Region: REGION 2    Country: UNITED STATES

| TELEPHONES | Work Phone | 505 454 2100 |
|---|---|---|

| PERSON CODE REPORTING PERSON | TYPE CODE INDIVIDUAL | INJURY CODE NONE |
|---|---|---|

| 2-NAME (LAST, FIRST, MIDDLE) CHAVEZ, JOE | SOCIAL SECURITY NO. | DOB | AGE | SEX M | RACE: WHI X | BLK | ASIA | IND | UNK |
|---|---|---|---|---|---|---|---|---|---|

| OCCUPATION SECURITY SUPERVISOR | VICTIM OF OFF. NO | HEIGHT | WEIGHT | HAIR | EYES | ETHNIC | AGG ASSAULT |
|---|---|---|---|---|---|---|---|

EMPLOYER / SCHOOL
NMBHI

GANG AFFILIATION
NONE

| ARREST/CITATION NO. F.B.I. NO | S.I.D. NO. | NCIC NO. | Type of Arrest: ON VIEW  CITED  CUST. | Residential Status: RES X  NON |
|---|---|---|---|---|

Address Type: BUSINESS ADDRESS    Road Type: STATE ROAD
Street Address: 3695 HOT SPRINGS BLVD,
City: LAS VEGAS    State: NM    Zip: 87701
County: SAN MIGUEL    Region: REGION 2    Country: UNITED STATES

| TELEPHONES | Home Phone | 505 718 0166 |
|---|---|---|
| TELEPHONES | Work Phone | 505 454 2100 |

| STATE OF NEW MEXICO INCIDENT REPORT | ORI NO. NM0250000 | INCIDENT NO. 2015-16827 | PRIMARY Y | PAGE 2 | OF 4 |

| PERSON CODE | TYPE CODE | INJURY CODE |
|---|---|---|
| REPORTING PERSON | INDIVIDUAL | NONE |

**3-NAME (LAST, FIRST, MIDDLE):** TWEED, FRANCES
**SOCIAL SECURITY NO.:**
**DOB:**
**AGE:** **SEX:** F **RACE:** WHI [X]

**OCCUPATION:** EXCUTIVE NURSE ADMINISTRATOR
**VICTIM OF OFF. NO:**
**HEIGHT WEIGHT HAIR EYES ETHNIC AGG ASSAULT**

**EMPLOYER / SCHOOL:** NMBHI
**VICT. OF SUSP. NO RELATIONSHIP**

**GANG AFFILIATION:** NONE

**ARREST/CITATION NO. F.B.I. NO** **S.I.D. NO.** **NCIC NO.** **Type of Arrest:** ON VIEW CITED CUST. **Residential Status:** RES [X] NON

Address Type: BUSINESS ADDRESS   Road Type: STATE ROAD
Street Address: 3695 HOT SPRINGS BLVD
City: LAS VEGAS   State: NM   Zip: 87701
County: SAN MIGUEL   Region: REGION 2   Country: UNITED STATES

**TELEPHONES** Work Phone   505  454  2100

**M.O. EVENT CODES : (AGENCY OPTIONAL USE)**
**TOTAL VALUE STOLEN** **TOTAL VALUE REC.**

**SYNOPSIS**
On June 5th, 2015 at approximately 10:00 a.m. I was dispatched to 3695 Hot Springs Blvd. (New Mexico Behavioral Health Institute) in reference to possible larceny of narcotics.

NARRATIVE

ASSIGNMENT:
On June 5th, 2015 at approximately 10:00 a.m. I was dispatched to 3695 Hot Springs Blvd. (New Mexico Behavioral Health Institute) in reference to possible larceny of narcotics.

INVESTIGATION:
Upon my arrival on scene, I made contact with Security Supervisor, Joe Chavez, who advised me that Frances Tweed had received an anonymous letter stating an NMBHI employee was stealing medication and money from patients currently being treated at NMBHI. Ms. Tweed is the executive nurse administrator for NMBHI. Ms. Tweed provided me with a copy of the anonymous letter. The letter alleged that Psych Tech Supervisor, John Vigil, had money and prescription narcotics belonging to various patients at NMBHI, locked inside of his desk.

STATEMENT: (JOE CHAVEZ AND FRANCES TWEED)
Mr. Chavez, prior to my arrival, made entry into J. Vigil's office and cut the padlock on his desk. Mr. Chavez then directed me to J. Vigil's office. Inside of J. Vigil's office I observed J. Vigil's wooden work desk which was located on the south side of the office. Mr. Chavez who had previously cut the padlock on the top part of the desk's compartment, had replaced it with a lock of his own, in which only he had a key to. Mr. Chavez unlocked the lock and opened the upper compartment of J. Vigil's desk. In plain view, I observed approximately four unidentified prescription pill bottles, a small cup containing an unidentified prescription pill, and approximately four sealed (Southwest Capital Bank) money envelopes. At this point I advised Mr. Chavez to seal the desk and I left J. Vigil's Office.

Mr. Chavez then provided me photos that he initially took when he cut the padlock to the desk. After reviewing the photos which he burned to a disk, I observed multiple sealed (Southwest Capital Bank) money envelopes along with more possible prescription medication in one of the drawers to J. Vigil's desk. I was advised by Ms. Tweed, the pill inside of the small container was possibly Ativan. Ms. Tweed stated she had researched the pill's descriptors and found it to be Ativan. Upon information and belief, Ativan is a scheduled narcotic.

(FOR EXACT WORDING REFER TO ATTACHMENT (D) AUDIO RECORDING JOE CHAVEZ AND FRANCES TWEED)

DISPOSITION:
Upon information from BHI Director Troy Jones, Mr. Vigil has authority to assist in the distribution of medication to patients, however he does not have authority to possess the drugs. I contacted Under Sheriff Anthony Madrid after gathering all information and a search warrant was placed for Mr. Vigil's work space. Under Sheriff Madrid and I took photos of the items retrived from Mr. Vigil's work space.

(REFER TO ATTACHMENT (A) FOR PHOTOS OF J. VIGIL'S WORK SPACE)

(FOR MORE INFORMATION ON THIS CASE SEE UNDER SHERIFF ANTHONY MADRIDS SUPPLEMENTAL REPORT)

(SEE ATTACHMENT (B) SEARCH WARRANT AND AFFIDAVIT FOR SEARCH WARRANT)

(SEE ATTACHMENT (C) RETURN OF INVENTORY)

| STATE OF NEW MEXICO INCIDENT REPORT | ORI NO. NM0250000 | INCIDENT NO. 2015-16827 | PRIMARY Y | PAGE 4 | OF 4 |
|---|---|---|---|---|---|

| "I WILL PROSECUTE / TESTIFY SHOULD THE OFFENDER" Y/N | "I UNDERSTAND IT IS A CRIMINAL OFFENSE TO FILE A FALSE REPORT TO POLICE." | COMPLAINTANT / VICTIM CERTIFICATION SIGNATURE X | | DATE |
|---|---|---|---|---|
| REPORTING OFFICER SEAN ARMIJO *(signed)* | RANK DEPUTY | | I.D. NO SM-4 | 08/24/2015 |
| ASSISTING OFFICER | | | | |
| APPROVING OFFICER ANTHONY MADRID *(signed)* | UNDER SHERIFF | | SM-2 | 8/24/15 |
| DETECTIVE / FOLLOW-UP OFFICER / REFERRED TO | | | | |
| PROCESSED BY | DATE | DATA ENTRY PERSON SCARMIJO | | 08/24/2015 |
| INCIDENT STATUS CLOSED | C.L.A. / C.L.E. | EXCEPTIONAL CLEARANCE CODE | | 05/06/2015 |
| AGENCY OPTIONAL USE (DISTRIBUTION, OTHER OFFICERS, ETC.) | | CASES CLEARED BY THIS ARREST Case No. / Case No. / Case No. | | |