**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**JOHN VIGIL,**

**Plaintiff,**

**v.**                                                                      **Case No. 18-CV-00829 SCY/JKR**

**FRANCES TWEED, et al.,**

**Defendants.**

**<u>NOTICE OF AGREED EXTENSION OF TIME FOR PLAINTIFF
TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY
JUDGEMENT BASED ON QUALIFIED IMMUNITY (DOC. NO. 123)</u>**

Plaintiff John Vigil, by and through counsel ROMERO & WINDER, P.C. (Joe M. Romero, Jr.), and pursuant to Local Rule 7.4(a), notifies the Court that counsel for the Defendants has agreed to an extension of time until Thursday, April 21, 2022 for Plaintiff to file his response to Defendants' Motion for Summary Judgment Based on Qualified Immunity (Doc. 123).

Respectfully submitted,
**ROMERO & WINDER, P.C.**

"Electronically Filed"
By: */s/ Joe M. Romero. Jr.*
Attorney for Plaintiff
P.O. Box 25543
Albuquerque, NM 87125-5543
(505) 843-9776
joe@romeroandwinder.com

**Certification**

I certify that a true and correct copy of the foregoing to all counsel of record via the Court's CM/ECF electronic document and delivery system.

"Electronically Filed"
*/s/ Joe M. Romero. Jr.*
Attorney for Plaintiff