IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN VIGIL,

    Plaintiff,

v.                                     Case No. 18-CV-00829 SCY/JKR

FRANCES TWEED, et al.,

    Defendants.

## SECOND NOTICE OF AGREED EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO MOTION FOR SUMMARY JUDGEMENT BASED ON QUALIFIED IMMUNITY (DOC. NO. 123)

Plaintiff John Vigil, by and through counsel ROMERO & WINDER, P.C. (Joe M. Romero, Jr.), and pursuant to Local Rule 7.4(a), notifies the Court that counsel for the Defendants has agreed to an extension of time until Monday, May 2, 2022 for Plaintiff to file his response to Defendants' Motion for Summary Judgment Based on Qualified Immunity (Doc. 123).

    Respectfully submitted,
    **ROMERO & WINDER, P.C.**

    "Electronically Filed"
By: */s/ Joe M. Romero. Jr.*
    Attorney for Plaintiff
    P.O. Box 25543
    Albuquerque, NM 87125-5543
    (505) 843-9776
    joe@romeroandwinder.com

## Certification

I certify that a true and correct copy of the foregoing to all counsel of record via the Court's CM/ECF electronic document and delivery system.

"Electronically Filed"
*/s/ Joe M. Romero. Jr.*
Attorney for Plaintiff