IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN VIGIL,

    Plaintiff,

v.                                                        Civ. No. 18-829 SCY/JFR

FRANCES TWEED, in her individual capacity, CORRINE DOMINGUEZ, in her individual capacity, ANTONIO COCA, in his individual capacity, JOE CHAVEZ, in his individual capacity, NEW MEXICO BEHAVIORAL HEALTH INSTITUTE, a political subdivision of the NEW MEXICO DEPARTMENT OF HEALTH a division of the STATE OF NEW MEXICO, DEPUTY SEAN ARMIJO, in his individual capacity as a deputy employed by the San Miguel County Sheriff's Office, UNDERSHERIFF ANTHONY MADRID, in his individual capacity as a deputy employed by the San Miguel County Sheriff's Office, DEPUTY ANTOINE WHITFIELD, in his individual capacity as a deputy employed by the San Miguel County Sheriff's Office, and BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SAN MIGUEL,

    Defendants.

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order entered concurrently herewith, the Court enters this Final Judgment in accordance with Fed. R. Civ. P. 58(a). **IT IS HEREBY ORDERED** that final judgment is entered in favor of all Defendants, and this action is dismissed.

                                                            UNITED STATES MAGISTRATE JUDGE
                                                            **Presiding by Consent**