IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN VIGIL,

     Plaintiff,

v.                                Case No. 1:18-CV-00829-SCY-JFR

FRANCES TWEED, et al.,

     Defendants.

## DEFENDANTS' MOTION TO TAX COSTS

Defendants, Frances Tweed, Joe Chavez, Corinne Dominguez and Anthony Coca, by and through their counsel of record, Long, Komer & Associates, P.A. (Mark E. Komer), pursuant to D.N.M. L.R. Civ. 54.1, and Fed. R. Civ. P. 54, hereby submit their Motion to Tax Costs.

Plaintiff's counsel has been contacted about the Motion but no response was received. In support of this motion, Defendants state as follows:

1. The Court issued a Memorandum Opinion and Order and Judgment on September 6, 2022 (Docs. 135 and 136), dismissing the lawsuit.

2. Defendants are the prevailing party in accordance with Fed. R. Civ. P. 54.

3. In accordance with D.N.M. LR-Civ. 54.1, Defendants hereby attach as **Exhibit A** an itemized cost bill documenting costs, including invoices.

4. Undersigned counsel hereby attests that the costs are allowable by law, correctly stated, and necessary to the litigation.

WHEREFORE Defendants respectfully request that the Motion to Tax Costs be granted and that costs be taxed against Plaintiff in the amount of $648.73.

Respectfully submitted,

**LONG, KOMER & ASSOCIATES, P.A.**

*Attorneys for Defendants Tweed, Dominguez, Coca and Chavez*

*/s/ Mark E. Komer*
MARK E. KOMER
P. O. Box 5098
Santa Fe, NM  87502-5098
505-982-8405
mark@longkomer.com
email@longkomer.com

## Certificate of Service

I hereby certify that on the 27th day of September 2022, I filed the foregoing Defendants' Motion to Tax Costs electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Joe M. Romero, Jr.
joe@romeroandwinder.com

*Attorneys for Plaintiffs*

By:    *s/ Mark E. Komer*
       Mark E. Komer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN VIGIL,

     Plaintiff,

v.                                  Case No. 1:18-CV-00829-SCY-JFR

FRANCES TWEED, et al.,

     Defendants.


### DEFENDANTS' COST BILL

Defendants Frances Tweed, Antonio Coca, Joe Chavez, and Corrine

Dominguez submit their Cost Bill, pursuant to L.R. Civ. 1-054.1, as follows:


12/22/2021 Paul Baca Court Reporters - Deposition of Plaintiff John Vigil –$648.73


                                Respectfully submitted,

                                **LONG, KOMER & ASSOCIATES, P.A.**

                                *Attorneys for Defendants Tweed,*
                                *Dominguez, Coca and Chavez*


                                */s/ Mark E. Komer*
                                MARK E. KOMER
                                P. O. Box 5098
                                Santa Fe, NM  87502-5098
                                505-982-8405
                                mark@longkomer.com
                                email@longkomer.com


Exhibit A

# Paul Baca Professional Court Reporters

*P.O. Box 1868 - Albuquerque, NM 87103*
*(505) 843-9241 - (505) 843-9242 (Fax) - www.paulbacaprofessionalcourtreporters.com*

**RECEIVED JAN 06 2022**
BY:

| Bill To |
|---|
| Long, Komer & Associates |
| 2200 Brothers Road |
| Santa Fe, NM  87502 |

| Tax I.D. | Date | Invoice # |
|---|---|---|
| 85-0423822 | 1/3/2022 | 34175 |

| Attention To: |
|---|
| MARK KOMER |

| Rep | CH |
|---|---|

| Description | Qty. | Amount |
|---|---|---|
| John Vigil v Frances Tweed, No. 18-CV-00829 SCY/JKR | | |
| Deposition of John Vigil taken 12-22-2021 | | |
| Original & One Copy of Transcript - 120 Pages | 120 | 594.00 |
| Exhibits - 4 | 4 | 1.52 |
| Postage | 1 | 5.85 |

Adjuster 2/4/22

| Payments/Credits | $0.00 | | Subtotal | $601.37 |
|---|---|---|---|---|
| Balance Due | $648.73 | | Sales Tax (7.8..) | $47.36 |
| | | | Invoice Total | $648.73 |